UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JEROME EDWARDS, )
)
    Plaintiff, )
)
v. )  Civil Action No. 05-1231
)
ANTHONY WILLIAMS, *et al.*, )
)
    Defendants. )

### DISMISSAL ORDER

It is hereby

ORDERED that this civil action is dismissed without prejudice for plaintiff's failure to comply with the filing fee requirements of the Prison Litigation Reform Act, 28 U.S.C. § 1915. *See* Order (June 22, 2005).

SO ORDERED.

DATE: 4/8/08

_____
United States District Judge